# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00342-KD-B |
| | ) |
| PASCAGOULA POLICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2)(5), dated November 29, 2023 (doc. 5) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1406(a) because of improper venue.

DONE and ORDERED this 27th day of December 2023.

    s/ Kristi K. DuBose
    KRISTI K. DuBOSE
    UNITED STATES DISTRICT JUDGE