IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOEL B. ATTIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00342-KD-B |
| | ) |
| **PASCAGOULA POLICE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 5), it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1406(a) because of improper venue.

DONE and ORDERED this 27th day of December 2023.

                                                    s/ Kristi K. DuBose
                                                  KRISTI K. DuBOSE
                                                  UNITED STATES DISTRICT JUDGE